**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| OVERLAND SHEEPSKIN CO., INC. d/b/a OVERLAND, | ) | Case No. ___4:26-cv-140___ |
| | ) | |
| Plaintiff, | ) | **COMPLAINT OF** |
| | ) | **TRADEMARK** |
| v. | ) | **INFRINGEMENT** |
| | ) | |
| SHOP OVERLAND APPAREL LLC, and JC | ) | **and** |
| PHOTOGRAPHY, LLC, d/b/a SHOP | ) | |
| OVERLAND APPAREL, | ) | **JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

Plaintiff Overland Sheepskin Co., Inc. d/b/a Overland ("Overland "), by and through the undersigned counsel, and in support of its claims against Defendant JC Photography, LLC, d/b/a Shop Overland Apparel and Shop Overland Apparel LLC (collectively "Shop Overland Apparel"), pleads as follows:

## I.    Nature of the Action

1.    In this action, Overland asserts Shop Overland Apparel's infringement of Overland's trademarks. The claims arise from Defendant's unlawful use of Overland's federally registered trademarks and unfair competition in connection with the manufacture and retail sale of clothing and outdoor apparel.

2.    Overland seeks permanent injunctive relief barring Defendant from using the "OVERLAND" trademark (and any mark confusingly similar to the OVERLAND trademark) and damages arising from such use.

**Complaint of Trademark Infringement and Jury Demand**                                    **1**

## II.    Parties

3.      Overland is an Iowa corporation with its principal place of business located at 2096 Nutmeg Avenue, Fairfield, Iowa, 52556.

4.      Shop Overland Apparel is a fictitious name registered for JC Photography, LLC, a Missouri company with a principal place of business at 403 E 7th Street, Holden, Missouri, 64040.

5.      Shop Overland Apparel, LLC, was formed in January 2025 and, upon information and belief, took over the business operations first established by Defendant JC Photography, LLC.

6.      Shop Overland Apparel, LLC, is a Missouri company with its principal office located at 403 E 7th Street, Holden, Missouri, 64040.

7.      Jared Cook is the Registered Agent of both JC Photography, LLC, and Shop Overland Apparel, LLC.

## III.    Jurisdiction and Venue

8.      This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§ 1331, 1332, and 1338.

9.      Jurisdiction is proper under 28 U.S.C. § 1331 because the claim in this case arises under the laws of the United States. In particular, jurisdiction is proper under 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121 with respect to claims arising under the provisions of the federal Lanham Act.

10.      This Court also has diversity jurisdiction over all claims pursuant to 28 U.S.C. § 1332 because this case involves a dispute between citizens of different states (Iowa for

Overland and Missouri for Defendants) where the matter in controversy exceeds $75,000, exclusive of interest and costs.

11.     This Court has supplemental jurisdiction over the remaining claim pursuant to 28 U.S.C. § 1367.

12.     This Court has personal jurisdiction over the Defendants because, upon information and belief, Defendants conduct business in Iowa by selling products over the Internet; by targeting its sales to groups based in Iowa like, for example, the Iowa Chapter of the Christian Off-Road Association; and by selling products through booths at events like the Midwest Overland and Offroad Expo ("MOORE") Expo in Springfield, Missouri, which attract large numbers of Iowa residents as participants.

13.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because, on information and belief, a substantial part of the wrongful acts giving rise to the claims occurred in the Southern District of Iowa, and the Defendants are subject to the personal jurisdiction of this Court.

## IV.     Statement of Facts

### A.     Overland and the OVERLAND Trademarks

14.     Overland is a large manufacturer and retailer of, among other things, clothing and outerwear, including shirts, t-shirts, coats, and hats, with more than $70 million in annual sales and retail stores throughout the United States.

15.     Overland's trademark portfolio includes the trademark, OVERLAND and variations of the same, including, the following:

a. OVERLAND SHEEPSKIN CO., Registration No. 1743147, registered on December 29, 1992, for "sheepskins and handbags made in whole or in part of sheepskin" in International Class 18; and "coats, vests, mittens, hats, slippers, buntings, boots, moccasins and gloves made in whole or in part of sheepskin, blazers and shirts" in International Class 25; and "rugs and wall hangings made in whole or in part of sheepskin" in International Class 27.



This registration is valid, subsisting, incontestably registered, and in full force and effect, a copy of which is Attached as **Exhibit A**.

b. OVERLAND, Registration No. 2118759, registered on December 9, 1997, for "retail store and mail order catalog services featuring outerwear, clothing, accessories, luggage and rugs" in International Class 42.

# OVERLAND

This registration is valid, subsisting, incontestably registered, and in full force and effect, a copy of which is Attached as **Exhibit B**.

c. OVERLAND.COM, Registration No. 2524706, registered on January 1, 2002, for "Online retail store services featuring clothing, handbags, sheepskins, rugs, and wall hangings" in International Class 35.

This registration is valid, subsisting, incontestably registered, and in full force and effect, a copy of which is Attached as **Exhibit C**.

d. OVERLAND, Registration No. 7006466, registered on March 21, 2023, for "Clothing, namely, shirts, pants, tops, sweaters, pullovers, footwear, headwear, coats, vests, boots, slippers, moccasins, hats, gloves, mittens, caps being headwear, jackets, shoes, belts, scarves, capes, shawl, headbands, ear muffs, sandals, socks, and insoles; footwear; headwear; coats; winter coats; sheepskin coats; leather coats; fur trimmed coats; fur coats; vests; sheepskin vests; fur vests; wool vests; fleece vests; boots; sheepskin boots; leather boots; waterproof leather boots; slippers; sheepskin slippers; moccasins; hats; fashion hats; cowboy hats; sheepskin hats; gloves; gloves as clothing; fingerless gloves; gloves for apparel; mittens; caps being headwear; caps with visors; jackets; sheepskin jackets; leather jackets; suede jackets; fur jackets; fleece jackets; sweaters; shoes; leather shoes; dress shoes; waterproof leather shoes; shirts; dress shirts; woven shirts; collared shirts; clothing belts; scarves; scarfs; capes; woven capes; fleece capes; headbands; ear muffs; sandals; socks; insoles: insoles for shoes and boots." And, online retail store services of the same.

# OVERLAND

This registration is valid, subsisting, and in full force and effect, a copy of which is Attached as **Exhibit D**.

e. OVERLAND ESTABLISHED 1973 & Mountains Design, Registration No. 7006467, registered on March 31, 2023, for "Clothing, namely, shirts, pants, tops, sweaters, pullovers, footwear, headwear, coats, vests, boots, slippers, moccasins, hats, gloves, mittens, caps being headwear, jackets, shoes, belts, scarves, capes, shawl, headbands, ear muffs, sandals, socks, and insoles; footwear; headwear; coats; winter coats; sheepskin coats; leather coats; fur trimmed coats; fur coats; jackets; sheepskin jackets; leather jackets; suede jackets; fur jackets; fleece jackets; vests; sheepskin vests; fur vests; wool vests; fleece vests; shirts; dress shirts; woven shirts; collared shirts; sweaters; capes; woven capes; fleece capes; boots; leather boots; waterproof leather boots; slippers; sheepskin slippers; moccasins; sandals; socks; insoles: insoles for shoes and boots; hats; fashion hats; cowboy hats; sheepskin hats; caps being headwear; caps with visors; headbands; ear muffs; gloves; gloves as clothing; fingerless gloves; gloves for apparel; scarves; scarfs; clothing belts; mittens." And, online retail store services of the same.



This registration is valid, subsisting, and in full force and effect, a copy of which is Attached as **Exhibit E**.

f.  OVERLAND ESTABLISHED 1973 & 3-Bars Design, Registration No. 7006465, registered March 21, 2023, for "Clothing, namely, shirts, pants, tops, sweaters, pullovers, footwear, headwear, coats, vests, boots, slippers, moccasins, hats, gloves, mittens, caps being headwear, jackets, shoes, belts, scarves, capes, shawl, headbands, ear muffs, sandals, socks, and insoles; footwear; headwear; coats; winter coats; sheepskin coats; leather coats; fur trimmed coats; fur coats; jackets; sheepskin jackets; leather jackets; suede jackets; fur jackets; fleece jackets; vests; sheepskin vests; fur vests; wool vests; fleece vests; shirts; dress shirts; woven shirts; collared shirts; sweaters; capes; woven capes; fleece capes; shoes; leather shoes; dress shoes; waterproof leather shoes; boots; sheepskin boots; leather boots; waterproof leather boots; slippers; sheepskin slippers; moccasins; sandals; insoles: insoles for shoes and boots; hats; fashion hats; cowboy hats; sheepskin hats; caps being headwear; caps with visors; headbands; ear muffs; gloves; gloves as clothing; fingerless gloves; gloves for apparel; scarves; scarfs; clothing belts; mittens" And, online retail store services of the same.



This registration is valid, subsisting, and in full force and effect, a copy of which is Attached as **Exhibit F**.

g. OVERLAND, subject to common law rights dating back to at least as early 1976 in connection with the manufacture, sale and retail sale of the aforementioned goods.

(collectively, the "OVERLAND Trademarks").

16. For more than 40 years, Overland has continuously and exclusively used the OVERLAND Trademarks in connection with its goods and services. As a result, the OVERLAND Trademarks have become well-known throughout the United States.

17. As a result of Overland's use, the OVERLAND Trademarks have long become widely associated with Overland and point uniquely and unmistakably to Overland as the source of Overland's goods and services.

18. Consequently, Overland has acquired common law and rights under federal registration in the OVERLAND Trademarks that cover Overland's goods and services, and consumers in the United States associate the OVERLAND Trademarks and Overland's goods and services exclusively with Overland.

19. The OVERLAND Trademarks represent substantial goodwill of Overland that warrant protection.

20. Only Overland has rights to the OVERLAND Trademarks in the United States.

**B.    The Defendants' Trademark infringement activities**

21. Defendants JC Photography, LLC, and Shop Overland Apparel LLC (collectively "Shop Overland Apparel") owns and operates a website at https://www.shopoverlandapparel.com/, where it is engaged in the retail sale of clothing and outerwear under the OVERLAND Trademark.

22.     Shop Overland Apparel uses the OVERLAND Trademark in an effort to draw to its website those interested in Overland's clothing and outerwear.

23.     Overland and Shop Overland Apparel are therefore direct competitors with respect to clothing and outerwear and the retail sale of clothing and outerwear.

24.     Persons interested in purchasing Overland's clothing and outerwear are likely to find Shop Overland Apparel's retail website and be misled into believing that they are purchasing Overland's clothing and outerwear.

25.     Persons interested in purchasing Overland's clothing and outerwear are likely to find the Shop Overland Apparel's retail store and be diverted to its goods and services.

26.     Shop Overland Apparel has adopted, advertised, and used Overland Sheepskin's OVERLAND Trademark in connection with the promotion and sale of clothing and outerwear for the purposes of: (i) trading on the goodwill and reputation of Overland; (ii) capitalizing on the money spent by Overland in advertising and promoting its goods and services; (iii) misleading the purchasing public into believing that Shop Overland Apparel's goods and services are legitimately connected with, sponsored, or approved by Overland; or (iv) misleading the purchasing public into believing that Shop Overland Apparel's services are the same as or equivalent to Overland's services.

**C.      Shop Overland Apparel's purposeful efforts to conduct business in Iowa with Iowa customers**

27.     Upon information and belief, Shop Overland Apparel's website is accessible nationwide and in Canada.

28.     Upon information and belief, Shop Overland Apparel sells products online through its website and fulfills online orders by shipping products from Missouri to locations throughout the United States and Canada.

29.     On about January 8, 2026, the undersigned's assistant placed Order #06691 through Shop Overland Apparel's website, and ordered one SOS Embroidered Logo Puffer Jacket, size XLarge (SQ7413989) for $90.00 and one OT Black Logo Tee, size XLarge / Light Olive (SQ8344161) for $25.00. With shipping and handling, the total order was $130.00. Upon placement of the Order, the undersigned's assistant received a tracking number. On about March 10, 2026, the Shop Overland Apparel's products arrived in Cedar Rapids, Iowa, 52402 via UPS. The package was shipped from "SHOP OVERLAND APPAREL, 403 E 7TH STREET, HOLDEN MO 64040" and was shipped to an address in Cedar Rapids, Iowa 52402.

30.    The purchased shirt is confusingly similar in appearance to Overland Sheepskins' product offerings. For example, the Shop Overland Apparel Tee is shown in Figure 1 and an Overland product is shown in Figure 2.

Figure 1:



Figure 2:



31.     Upon information and belief, beginning in at least March 2023 through the present date, Shop Overland Apparel has been the "official supplier" of shirts and hoodies for the Christian Off-Road Association (or CORA), which is a non-profit organization that has an active chapter in Iowa. Shop Overland Apparel has advertised on CORA's Facebook page to the Iowa Chapter. Thus, Defendants target Iowa through CORA.

32.     Upon information and belief, Shop Overland Apparel is scheduled to be an exhibitor on April 17 and 18, 2026, at the MOORE Expo in Springfield, Missouri. Shop Overland Apparel is expected to be in Booth #53 and be the exclusive supplier the Midwest Discovery Route or MDR collector shirt for participants who purchase the $50.00 Midwest Discovery Route 2026 package. Since at least 2023, the MOORE Expo has attracted large numbers of Iowa residents as participants.

33.     Upon information and belief, Shop Overland Apparel targets advertising at Iowa, makes substantial sales to Iowa customers, and engages in other activities purposefully directed at Iowa residents.

**D.     Overland's efforts to resolve this dispute**

34.     Overland, through its legal counsel, has tried to resolve these and other disputes with Shop Overland Apparel. Overland has twice reached out to Shop Overland Apparel to resolve this dispute with each attempt being ignored.

35.     Shop Overland Apparel continues to engage in its infringing conduct.

36.     Shop Overland Apparel's ongoing conduct in continuing unlawful and unauthorized use is a willful infringement of the OVERLAND Trademark.

## COUNT I
## TRADEMARK INFRINGEMENT
## LANHAM ACT (15 U.S.C. § 1114(1))

37.    Overland incorporates Paragraphs 1–36 of this Complaint as if set forth in full here.

38.    This claim arises under the Lanham Act, 15 U.S.C. § 1051, *et seq.*

39.    The OVERLAND Trademarks identified herein are federally registered trademarks and are entitled to protection under the Lanham Act. These registrations are conclusive evidence of the owner's right to use the marks. The registrations are incontestable, which provides conclusive evidence of their validity, the owner's ownership of the marks, and the exclusive right to use the marks in commerce in connection with the goods and services specified in the registrations.

40.    The OVERLAND Trademarks and designs identified herein have been continuously and substantially exclusively used by Overland in commerce for business since 1976.

41.    The aforesaid acts of the Defendant constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

42.    Shop Overland Apparel has used Overland's designation as a trademark.

43.    The aforesaid acts of Defendants constitute willful trademark infringement in violation of Section 35 of the Lanham Act, 15 U.S.C. § 1117(a).

44.    There is a likelihood that consumers will be confused by Shop Overland Apparel's use of the OVERLAND Trademark, and consumers are mistakenly led to believe that Shop Overland Apparel's goods are produced or sponsored by Overland.

45.     The aforesaid acts of Shop Overland Apparel will be greatly and irreparably damaging to Overland unless enjoined by this Court, as a result of which Overland  is without an adequate remedy at law.

**COUNT II**
**TRADEMARK INFRINGEMENT**
**STATE LAW (Iowa Code § 548.112)**

46.     Overland incorporates Paragraphs 1–45 of this Complaint as if set forth in full here.

47.     This claim arises under Iowa Code § 548.112.

48.     This Court has supplemental jurisdiction over this claim pursuant to 28 U.S.C. § 1367(a).

49.     Shop Overland Apparel is using a colorable imitation of the OVERLAND Trademark.

50.     On the basis of the foregoing paragraphs, Shop Overland Apparel's acts constitute trademark infringement.

51.     Defendants' acts constitute willful trademark infringement.

52.     Overland Sheepskin has been damaged by Shop Overland Apparel's wrongful use of their OVERLAND Trademark and by Shop Overland Apparel's use of a colorable imitation of Overland's OVERLAND Trademark.

53.     The aforesaid acts of Shop Overland Apparel have and will continue to greatly and irreparably damage Overland unless enjoined by this Court, as a result of which Overland Sheepskin is without an adequate remedy at law.

## COUNT III
### UNFAIR COMPETITION – FALSE ASSOCIATION
### 15 U.S.C. § 1125(a)(1)(A) AND COMMON LAW

54.    Overland incorporates Paragraphs 1–5336 of this Complaint as if set forth in full here.

55.    Shop Overland Apparel's actions of using a confusingly similar mark as Overland Sheepskin's OVERLAND Trademark and improperly using the trademark in its promotional and advertising materials and in connection with clothing, outerwear, or the retail sale of clothing and outerwear has caused and is likely to continue to cause confusion, mistake, or deception as to affiliation, connection, or association with Overland and its merchandise as to the origin, sponsorship, or approval by Shop Overland Apparel's services and products.

56.    Upon information and belief, customers and potential customers of Overland have chosen not to purchase merchandise from Overland Sheepskin because of the confusion created in the market by Shop Overland Apparel's use of its confusingly similar mark or logo.

57.    Shop Overland Apparel's actions constitute unfair acts and a misuse of the OVERLAND Trademark owned by Overland.

58.    Shop Overland Apparel acted willfully and with malice in improperly using the OVERLAND Trademark or a colorable imitation thereof in its promotional and advertising materials and in connection with clothing, outerwear, or the retail sale of clothing and outerwear in an attempt to pass of its products and services as being affiliated with, related to, associated with, or approved by Overland.

59.    The aforesaid acts of the Defendant constitute unfair competition in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)(1)(A)) and common law.

60.     Overland has been damaged by Shop Overland Apparel's wrongful and unfair acts and such damage will continue into the future, all in violation of the common law of the United States and the State of Iowa.

**E.     PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Overland Sheepskin Co., Inc. d/b/a Overland respectfully requests that this Court grant judgment against Defendants Shop Overland Apparel LLC, and JC Photography, LLC, on all claims by Entry of an Order of this Court providing as follows:

a.     The Defendants, their servants, agents, officers, directors, representatives, employees, and all other persons in active concert or participation with them, or any of their successors and assigns, be permanently enjoined from using, in the advertisement, promotion, offering for sale, or sale of products or services the OVERLAND Trademark or any other colorable imitation of the OVERLAND Trademark, and using any OVERLAND-formative term in connection with clothing, outerwear, or the retail sale of clothing and outerwear;

b.     The Defendants be required to account for and pay over to Overland all damages suffered by Overland and all profits wrongfully derived by the Defendants as a result of their trademark infringement and unfair competition;

c.     The Defendants be required to pay over to Overland three times the actual damages sustained by Overland;

d.     The Defendants be required to pay over to Overland the reasonable attorneys' fees and costs incurred by Overland in the prosecution of this action;

e.     Defendants be ordered to deliver up for destruction all labels, signs, prints, insignia, brochures, screenprints, designs, and any other written or physical materials in

their possession or control containing the OVERLAND Trademark and log design and any colorable imitation of the OVERLAND Trademark or the OVERLAND trademarked designs;

f.      The Defendants be required, in accordance with 15 U.S.C. § 1116, to file with this Court and serve on Overland within thirty (30) days from the date of entry of any injunction a report in writing, under oath, setting forth in detail the manner and form in which the Defendants have complied with the terms of the injunction; and

g.      Provide to Overland such other and further relief as the Court deems just and equitable.

## F.      JURY DEMAND

Plaintiff Overland Sheepskin Co., Inc. d/b/a Overland hereby demands trial by jury of all issues in the present cause so triable.

*/s/ Teresa B. Morio*

TERESA B. MORIO          AT0000755
JASON R. SYTSMA          AT0009728
                 for
SHUTTLEWORTH & INGERSOLL, P.L.C.
235 6th Street SE
P. O. Box 2107
Cedar Rapids, Iowa  52406-2107
 (319) 365-9461 Phone
 (319) 365-8443 Fax
tbm@shuttleworthlaw.com
jrs@shuttleworthlaw.com

***Attorneys for Overland Sheepskin Co., Inc.
d/b/a Overland***
